```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08357
   JULIO C. MERCADO
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-8176


-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/08/07 and confirmed on 10/04/07.

   2.  The case was dismissed after confirmation, 01/08/2009.

   3.  The Debtor paid a total of $  12885.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED VEHIC    14348.00       1601.92       5907.02
WELLS FARGO HOME MTGE      CURRENT MORTG         .00          .00           .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE     1075.36          .00        1075.36
ADVANCE AMERICA            UNSECURED        NOT FILED        .00            .00
CREDITORS COLLECTION       UNSECURED        NOT FILED        .00            .00
DEPENDON COLLECTION SERV   UNSECURED        NOT FILED        .00            .00
IC SYSTEMS                 UNSECURED          614.38         .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED        NOT FILED        .00            .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED        .00            .00
STONE PARK POLICE DEPT     UNSECURED        NOT FILED        .00            .00
TCF EXPRESS LEASING        UNSECURED        NOT FILED        .00            .00
BELLES TERRES HOMEOWNERS   SECURED           4594.38         .00         1671.04
        Summary of disbursements:
-------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED   20017.74       .00        614.38          .00       20632.12
PRINCIPAL PAID        8653.42       .00           .00          .00        8653.42
INTEREST PAID         1601.92       .00           .00          .00        1601.92
TOTAL PAID           10255.34       .00           .00          .00       10255.34
The Debtor's attorney, DAVID D LUGARDO              , was allowed $   3000.00
and was paid $   1000.00   direct and $   2000.00  through the plan.

The Trustee received $     629.66 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/11/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 07 B 08357 JULIO C. MERCADO
```